UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-14290-RLR

JANET HOYT,

    Plaintiff,

v.

WILD THYME CATERING, LLC,
DBA CHIVE

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT, by and through undersigned counsel, hereby files his Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, WILD THYME CATERING, DBA CHIVE ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a).

2.    This case shall be dismissed **with prejudice** against Defendant with each party bearing their own attorneys' fees and costs.

                                        BY:   /s/ Jason S. Weiss
                                                       Jason S. Weiss
                                                       Jason@jswlawyer.com
                                                       Florida Bar No. 356890
                                                       Peter S. Leiner
                                                       Peter@jswlawyer.com
                                                       Florida Bar No. 104527
                                                       **WEISS LAW GROUP, P.A.**
                                                       5531 N. University Drive, Suite 103
                                                       Coral Springs, FL 33067
                                                       Tel: (954) 573-2800
                                                       Fax: (954) 573-2798
                                                       Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Leiner
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527