UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:16-cv-14290-ROSENBERG/LYNCH

JANET HOYT,

    Plaintiff,

v.

WILD THYME CATERING, LLC d/b/a Chive,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 14]. In light of the fact that this case has been dismissed, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 26th day of August, 2016.

                                                                ROBIN L. ROSENBERG
                                                                UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record